# Parker *v.* Washington Electric Street Railway Company, Appellant (No. 2).

Argued Oct. 21, 1903. Appeal, No. 41, Oct. T., 1903, by defendant, from judgment of C. P. Washington Co., Nov. T., 1902, No. 85, on verdict and judgment for plaintiff for $1,500 in case of Margaret Parker v. Washington Electric Street Railway Company. Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

OPINION BY MR. JUSTICE FELL, January 4, 1904:

The appellee in this case is the mother of the appellee in

Parker v. St. Ry. Co., ante, p. 438. No question of her negligence in allowing the child to ride on the cars without a caretaker was raised at the trial. For the reasons stated in the opinion in No. 40, the judgment in this case is affirmed.